UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENJAMIN E. THOMPSON,

                Petitioner,

        -against-

WILLIAM KEYSER, SUPERINTENDENT,

                Respondent.

20-CV-3783 (LLS)

CIVIL JUDGMENT

    Pursuant to the order issued September 2, 2020, dismissing the petition,

    IT IS ORDERED, ADJUDGED AND DECREED that the petition is dismissed. Because the petition makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue under 28 U.S.C. § 2253.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Petitioner and note service on the docket.

SO ORDERED.

Dated:    September 2, 2020
             New York, New York

                                                      _____
                                                           Louis L. Stanton
                                                             U.S.D.J.